UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 15 2012

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANFORD, LTD., and
JAMES POGUE,

Defendants.

Criminal Action No. 11-352-1 (BAH)
Criminal Action No. 11-352-3 (BAH)

## VERDICT FORM

### COUNT ONE

1.  We, the jury, unanimously find that the defendant, **SANFORD LTD.**, is

    ✓

    _____ **GUILTY**     _____ **NOT GUILTY as to Count One**

    If you find that the defendant **SANFORD LTD.** is guilty of Count One, please check the
OVERT ACT(S) you unanimously found the Government proved beyond a reasonable doubt
were performed by the defendant **SANFORD, LTD.**, acting through its agents and employees,
who were acting within the scope of their agency or employment and, and at least in part, for the
benefit of the company, or a co-conspirator, during and in furtherance of the charged conspiracy.
*(You may check more than one.)*

### OVERT ACTS

During fishing voyages ending in Pago Pago, American Samoa, on the dates listed in the
table below, the defendant **SANFORD LTD.**, acting through its agents and employees, who
were acting within the scope of their agency or employment, and, at least in part, for the benefit
of the company, or other members of the conspiracy, directed subordinates to discharge and
caused the discharge of machinery space bilge waste from the *F/V San Nikunau* overboard into

the sea, bypassing the ship's Oil Water Separator and other required pollution prevention equipment without recording the discharge into the vessel's Oil Record Book as required.

| Overt Act | Date | Check if Proven Beyond a Reasonable Doubt |
|:---:|:---:|:---:|
| 1 | November 25, 2006 | |
| 2 | October 21, 2007 | |
| 3 | November 30, 2007 | |
| 4 | January 12, 2008 | |
| 5 | April 24, 2008 | |
| 6 | December 9, 2008 | |
| 7 | January 11, 2009 | |
| 8 | March 4, 2009 | |
| 9 | May 3, 2009 | |
| 10 | July 18, 2009 | |
| 11 | April 5, 2010 | |
| 12 | July 9, 2010 | |
| 13 | July 1, 2008 | |
| 14 | September 13, 2008 | |
| 15 | July 14, 2011 | |
| 16 | March 7, 2007 | |
| 17 | August 10, 2007 | |
| 18 | September 27, 2007 | |
| 19 | September 15, 2009 | |
| 20 | August 17, 2010 | |

Defendant **SANFORD LTD.,** acting through its agents and employees, who were acting within the scope of their agency or employment, and, at least in part, for the benefit of the company, or other members of the conspiracy, caused the *F/V San Nikunau* to enter the navigable waters, internal waters and ports of the United States in the United States territory of American Samoa with a knowingly falsified Oil Record Book on or about the following dates:

| Overt Act | Date | Check if Proven Beyond a Reasonable Doubt |
|:---:|:---:|:---:|
| 21 | November 25, 2006 | |
| 22 | March 7, 2007 | |
| 23 | August 10, 2007 | |
| 24 | September 27, 2007 | |
| 25 | October 21, 2007 | |

| 26 | November 30, 2007 | |
| 27 | January 12, 2008 | |
| 28 | April 24, 2008 | |
| 29 | July 1, 2008 | |
| 30 | September 13, 2008 | |
| 31 | December 9, 2008 | |
| 32 | January 11, 2009 | |
| 33 | March 4, 2009 | |
| 34 | May 3, 2009 | |
| 35 | July 18, 2009 | |
| 36 | September 15, 2009 | |
| 37 | April 5, 2010 | |
| 38 | July 9, 2010 | ✓ |
| 39 | August 17, 2010 | |
| 40 | July 14, 2011 | |

**OVERT ACT 41.** On or about July 15, 2011, the First Mate (A.K.A. "Navigator") of the *F/V San Nikunau* instructed a crewmember while in the galley of the vessel, in sum and substance, to falsely tell United States Coast Guard personnel that only water is pumped overboard from the vessel.   _____   **(Check if proven)**


**OVERT ACT 42.** On or about July 15, 2011, the First Mate (A.K.A. "Navigator") of the *F/V San Nikunau* instructed a crewmember during a vehicle ride to a Coast Guard office, in sum and substance, to falsely tell United States Coast Guard personnel that only water is pumped overboard from the vessel.   _____   **(Check if proven)**

2.      We, the jury, unanimously find that the defendant, **JAMES POGUE,** is

_____ **GUILTY**          ✓_____ **NOT GUILTY as to Count One.**

If you find that the defendant **JAMES POGUE** is guilty of Count One, please check the
OVERT ACT(S) you unanimously found the Government proved beyond a reasonable doubt
were performed by the defendant or a co-conspirator, during and in furtherance of the charged
conspiracy. (*You may check more than one.*)

## OVERT ACTS

During fishing voyages ending in Pago Pago, American Samoa, on the following dates as
listed in the table below, the defendant **JAMES POGUE,** or other members of the conspiracy,
directed subordinates to discharge and caused the discharge of machinery space bilge waste from
the *F/V San Nikunau* directly overboard into the sea, bypassing the ship's Oil Water Separator
and other required pollution prevention equipment without recording the discharge into the
vessel's Oil Record Book as required.

| Overt Act | Date | Check if Proven Beyond a Reasonable Doubt |
|-----------|------|-------------------------------------------|
| 1 | November 25, 2006 | |
| 2 | October 21, 2007 | |
| 3 | November 30, 2007 | |
| 4 | January 12, 2008 | |
| 5 | April 24, 2008 | |
| 6 | December 9, 2008 | |
| 7 | January 11, 2009 | |
| 8 | March 4, 2009 | |
| 9 | May 3, 2009 | |
| 10 | July 18, 2009 | |
| 11 | April 5, 2010 | |
| 12 | July 9, 2010 | |

## COUNT TWO

3.      We, the jury, unanimously find that the defendant, **SANFORD LTD.**, is

_____✓_____ **GUILTY**        _____ **NOT GUILTY as to Count Two**

If you find that the defendant **SANFORD LTD.** is guilty of **Count Two**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant **SANFORD, LTD.**, acting through its agents and employees, who were acting within the scope of their agency or employment and, at least in part, for the benefit of the company. *(You may check more than one)*:

On or about July 9, 2010, within a port of the United States in the United States territory of American Samoa:

_____ The defendant knowingly maintained an Oil Record Book that failed to disclose overboard discharges of oily bilge waste without the use of a properly functioning Oil Water Separator and oil monitoring equipment and falsely stated the Oil Water Separator was used when in fact it was not.

____✓____ The defendant knowingly maintained an Oil Record Book that failed to account for internal transfers of oily bilge waste from machinery spaces to other areas of the ship.

4.   We, the jury, unanimously find that the defendant, **JAMES POGUE**, is

_____ ✓ **GUILTY**   _____ **NOT GUILTY as to Count Two**

If you find that the defendant **JAMES POGUE** is guilty of **Count Two**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant. (*You may check more than one):*

On or about July 9, 2010, within a port of the United States in the United States territory of American Samoa:

_____   The defendant knowingly maintained an Oil Record Book that failed to disclose overboard discharges of oily bilge waste without the use of a properly functioning Oil Water Separator and oil monitoring equipment and falsely stated the Oil Water Separator was used when in fact it was not.

\_\_✓\_\_   The defendant knowingly maintained an Oil Record Book that failed to account for internal transfers of oily bilge waste from machinery spaces to other areas of the ship.

## COUNT THREE

5.      We, the jury, unanimously find that the defendant, **SANFORD LTD.**, is

____✓____ **GUILTY**    _____ **NOT GUILTY as to Count Three**

If you find that the defendant **SANFORD LTD.** is guilty of **Count Three**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant, acting through its agents and employees, who were acting within the scope of their agency or employment and, at least in part, for the benefit of the company. *(You may check more than one.)*

During a fishing voyage ending on or about July 9, 2010, terminating in and within the navigable waters, internal waters and ports of the United States in the United States territory of American Samoa, the:

_____   The defendant, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard, did knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* that concealed the overboard discharge of oil contaminated waste.

___✓___   The defendant, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard did knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* by falsely stating that required pollution prevention equipment had been used when it had not.

6.    We, the jury, unanimously find that the defendant, **JAMES POGUE,** is

✓

_____ **GUILTY**    _____ **NOT GUILTY as to Count Three**

If you find that the defendant **JAMES POGUE** is guilty of **Count Three**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant. *(You may check more than one.)*

During a fishing voyage ending on or about July 9, 2010, terminating in and within the navigable waters, internal waters and ports of the United States in the United States territory of American Samoa, the:

_____    The defendant, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard, did knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* that concealed the overboard discharge of oil contaminated waste.

___✓___    The defendant, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard, did knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* by falsely stating that required pollution prevention equipment had been used when it had not.

## COUNT FOUR

7.      We, the jury, unanimously find that the defendant, **SANFORD LTD.**, is

_____✓_____ **GUILTY** _____ **NOT GUILTY as to Count Four**

If you find that the defendant **SANFORD LTD.** is guilty of **Count Four**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant **SANFORD, LTD,** acting through its agents and employees, who were acting within the scope of their agency or employment, and, at least in part, for the benefit of the company. *(You may check more than one.)*

On or about July 14, 2011, within a port of the United States in the United States territory of American Samoa:

_____ The defendant knowingly maintained an Oil Record Book that failed to disclose overboard discharges of oily bilge waste without the use of a properly functioning Oil Water Separator and oil monitoring equipment and falsely stated the Oil Water Separator was used when in fact it was not.

___✓___ The defendant knowingly maintained an Oil Record Book that was inaccurate because it failed to account for internal transfers of oily bilge waste from machinery spaces to other areas of the ship.

## COUNT FIVE

8.     We, the jury, unanimously find that the defendant, **SANFORD LTD.,** is

_____✓_____ **GUILTY** _____ **NOT GUILTY as to Count Five**

If you find that the defendant **SANFORD LTD.** is guilty of **Count Five**, please check the act(s) you unanimously found the Government proved beyond a reasonable doubt were performed by the defendant, acting through its agents and employees, who were acting within the scope of their agency or employment. *(You may check more than one.)*

During a fishing voyage ending on or about July 14, 2011, terminating in and within the navigable waters, internal waters and ports of the United States in the United States territory of American Samoa:

_____ The defendant, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard,  did knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* that concealed the overboard discharge of oil contaminated waste.

_____✓_____ The defendant did, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Coast Guard,  knowingly conceal, cover up, falsify, or make a false entry in the Oil Record Book for the *F/V San Nikunau* by falsely stating that required pollution prevention equipment had been used when it had not.

## COUNT SIX

9.       We, the jury, unanimously find that the defendant, SANFORD LTD., is

_____ **GUILTY**   ✓ _____ **NOT GUILTY as to Count Six**

## COUNT SEVEN

10.      We, the jury, unanimously find that the defendant, SANFORD LTD., is

✓ _____ **GUILTY**   _____ **NOT GUILTY as to Count Seven**

Foreperson's signature

Aug. 15, 2012
Date