### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 11-cr-00352-1 (BAH)** |
| : | |
| **SANFORD LTD.,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO DISMISS ORIGINAL INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss the original indictment against Sanford Ltd., which is still pending before the Court.

The government makes this request because a superseding indictment was filed against Sanford Ltd., and Sanford received a fair jury trial on the superseding indictment. Accordingly, the original indictment should be dismissed.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

_____/s/_____
By:   Frederick W. Yette, DC Bar 385391
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20531
Frederick.Yette@usdoj.gov
(202) 252-7733

_____/s/_____
By:     James E. McLeod,
Special Assistant United States Attorney
U.S. Coast Guard
2100 Second Street SW, STOP 7121
Washington, DC 20593
(202) 372-3868


IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


_____/s/_____
By:     KENNETH E. NELSON
Trial Attorney
Environmental Crimes Section
United States Department of Justice
601 D. Street, NW, Suite 2814
Washington, DC 20004
(202) 305-0435